AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NIGEL LAWRENCE DALBERT,

Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV123-140

WARDEN AARON PINEIRO,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on February 9, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court grants Respondent's motion to dismiss, dismisses the instant 2254 petition as untimely, and denies a COA in this case.  Judgment is entered in favor of Respondent and this case stands closed.

| 2/9/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020